IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:20-cv-146-BO

| | |
|---|---|
| CHARLES A. HILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| ) | |
| SOUTHEASTERN REGIONAL MEDICAL ) | |
| CENTER, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the Memorandum and Recommendation (M&R) of United States Magistrate Judge Robert B. Jones [DE 4] regarding frivolity review of the complaint pursuant to 28 U.S.C. § 1915(e)(2). No objections to the M&R have been filed, and the matter is ripe for review. For the reasons discussed below, the Court adopts the M&R in its entirety and plaintiff's claim is dismissed for lack of subject matter jurisdiction.

A district court is required to review de novo those portions of an M&R to which a party timely files specific objections or where there is plain error. 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 149–50 (1985). "[I]n the absence of a timely filed objection, a district court need not conduct de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (internal quotation and citation omitted).

No party has objected to the M&R and the time for doing so has passed. The Court has reviewed the M&R and is satisfied that there is no clear error on the face of the record. Accordingly, the M&R is ADOPTED.

## CONCLUSION

The M&R [DE 4] of Judge Jones is ADOPTED. Plaintiff's motion to proceed *in forma pauperis* is GRANTED, and the complaint is DISMISSED without prejudice for lack of subject matter jurisdiction. [DE 1]. The clerk is DIRECTED to close the case.

SO ORDERED.

This the 15 day of October, 2020.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE